**IN THE SUPREME COURT OF TENNESSEE**
**AT NASHVILLE**

**FILED**

**NOT FOR PUBLICATION**

**August 30, 1999**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

DWAYNE HAWKINS and )
AL GOSSETT, )
)
    PLAINTIFFS/APPELLEES, )
)
v. )  No. 01S01-9811-CV-00199
)
SUPERIOR MOTORS, INC. and )
PATRICK A. HART, )
)
    DEFENDANTS/APPELLANTS, )
)
)
NELSON BOWERS II and BOWERS )
TRANSPORTATION GROUP, LLC, )
)
    DEFENDANTS. )

# O R D E R

A petition for rehearing has been filed on behalf of Plaintiffs/Appellees, Dwayne Hawkins and Al Gossett. After consideration of the same, the Court is of the opinion that the petition is hereby denied.

Upon reconsideration of the allocation of costs in this cause, the Court hereby vacates its Order of June 28, 1999, filed herein to the extent it assesses costs and substitutes the following therefor: The costs of this cause accrued in the Court of Appeals are hereby assessed against Defendants/Appellants, Superior Motors, Inc. and Patrick A. Hart, for which execution may issue. The costs of this cause accrued in the Supreme Court are hereby assessed against Plaintiffs/Appellees, Dwayne Hawkins and Al Gossett, for which execution may issue.

ALL OF WHICH IS SO ORDERED.

PER CURIAM